THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERTA FARGO,<br><br>           Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>           Defendant. | CASE NO. C13-1521 JCC<br><br>ORDER |

This matter comes before the Court on the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge. (Dkt. No. 17.) No objections have been filed. Having thoroughly considered the Report and Recommendation, the parties' briefing, and the balance of the record, the Court hereby ORDERS:

(1) The Court adopts the Report and Recommendation in full.

(2) The Commissioner's final decision is affirmed and the case is dismissed with prejudice.

(3) The Clerk shall provide a copy of this Order to the parties and Judge Tsuchida.

//

//

//

1  DATED this 1st day of April 2014.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2